United States District Court, Southern District of California
(The Honorable William Q. Hayes)

| | |
|---|---|
| United States of America,<br><br>                    Plaintiff,<br><br>     v.<br><br>Sharnele Hardy (1),<br>Melisa Marquez-Barrios (2),<br><br>                    Defendants. | Case No. 3:21-cr-777-WQH<br><br>**Order** |

GOOD CAUSE APPEARING, the Parties joint request to continue the status hearing as to Ms. Hardy (D-1) and the motion hearing and trial setting hearing as to Ms. Marquez-Barrios (D-2) from April 7, 2022 at 9:00 a.m. to May 12, 2022 at 9:00 a.m. IS GRANTED.   Time shall continue to be excluded due to pending motions and because additional time is necessary to avoid a miscarriage of justice, and for effective preparation, taking into account the Parties' exercise of due diligence.   See 18 U.S.C. §§ 3161(h)(1)(D), and (h)(7).

Dated:   April 6, 2022

*William Q. Hayes*
Hon. William Q. Hayes
United States District Court